IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boone, Emma N

Printed: 4/22/08

Case Number: 05 B 12819
Judge: Squires, John H
Filed: 4/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 12, 2008
Confirmed: May 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 34,475.00 |  |
| Secured: |  | 11,917.10 |
| Unsecured: |  | 18,504.50 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,244.00 |
| Trustee Fee: |  | 1,809.40 |
| Other Funds: |  | 0.00 |
| Totals: | 34,475.00 | 34,475.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | Crown Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 1,300.00 | 1,300.00 |
| 5. | Chicago Area Fed Credit Union | Secured | 3,951.17 | 3,902.24 |
| 6. | Crown Mortgage Company | Secured | 6,714.86 | 6,714.86 |
| 7. | Chicago Area Fed Credit Union | Unsecured | 19,522.31 | 18,504.50 |
| 8. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,732.34 | $ 32,665.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 49.50 |
| 5.5% | 148.51 |
| 5% | 30.00 |
| 4.8% | 103.61 |
| 5.4% | 1,477.78 |
|  | _____ |
|  | $ 1,809.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Boone, Emma N

Printed:  4/22/08

Case Number:  05 B 12819
Judge:  Squires, John H
Filed:  4/6/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

